USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:    5/6/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

—v—

David Jones,

Defendant.

15-cr-95 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The Court hereby orders that pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A,

and the discretion of the Court, Renato C. Stabile is hereby appointed as CJA counsel to

represent the Defendant for the purpose of filing a compassionate release motion.

The Clerk of Court is directed to mail a copy of this Order to Defendant.

Dated: May 6, 2020
         New York, New York

ALISON J. NATHAN
United States District Judge