USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/15/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

David Jones,

Defendant.

15-cr-95 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The Court is in receipt of Defendant's motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A). *See* Dkt. No. 2851. The Government shall respond to this motion by May 20, 2020. Defendant shall file his reply, if any, by May 22, 2020.

SO ORDERED.

Dated: May 15, 2020
New York, New York

_____
ALISON J. NATHAN
United States District Judge