UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

    -against-

DAVID JONES,
             Defendant.

-------------------------------------------------------------X

15-CR-95 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    On May 24, 2020, the Court granted defendant David Jones's motion for compassionate release, pursuant to 18 U.S.C. § 3582(c), and ordered his immediate release from federal custody. It is hereby further ordered that:

1. The defendant shall remain in self-isolation at his sister's home in Carteret, New Jersey, for 14 days;

2. The defendant is ordered to remain under home confinement until March 7, 2021, the previous date of release as calculated by the Bureau of Prisons, to be enforced by GPS Monitoring at the residence approved by Probation, and this period of time will be counted as part of the defendant's term of supervision (Dkt. No. 2859-1);

3. The defendant shall refrain from any contact—in person, over the phone, through social media, or otherwise—with any of his co-defendants or the victims of his conduct during the remainder of his term of supervised release;

4. In light of the COVID-19 pandemic, the defendant must remain at his approved residence except to seek any necessary medical treatment, in each instance with prior notice and approval by the Probation Department;

5. The defendant is to possess or have access to a telephone that will allow videoconferencing by the Probation Department; *and*

6.     The mandatory conditions, standard conditions, and special conditions of supervised release, imposed in connection with the defendant's sentencing, remain in place, for a period of 36 months from the date of the defendant's release (Dkt. No. 2029).

SO ORDERED.

Dated: May 26, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge