UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

        -v-

David Jones,

                Defendant.

15-CR-95 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

      On May 18, 2021, the Court received the attached letter from Defendant David Jones. In the letter, Mr. Jones informs the Court that he continues to be on home confinement and that he has been told that the period of home confinement will extend until September 21, 2022. On May 26, 2021, this Court ordered that "[t]he defendant is ordered to remain under home confinement until March 7, 2021, the previous date of release as calculated by the Bureau of Prisons, to be enforced by GPS Monitoring at the residence approved by Probation, and this period of time will be counted as part of the defendant's term of supervision." Dkt. No. 2867.

      The Government is hereby ORDERED to confer with the U.S. Probation Office and to respond to Mr. Jones's letter by May 31, 2021.

      SO ORDERED.

Dated: May 18, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge

David Jones  
2405 Bristol Station Court  
Carteret, NJ 07008  
Case #: 1:S2 15CR00095-44

United States Courthouse  
40 Foley Square  
Courtroom 906  
New York, NY 10007

Dear Judge Alison J. Nathan,

I Am Writing You Pertaining To My Home Confinement Arrangements. The Date I Was Given When First Placed On Home-Confinement Was Questioned From The Beginning & I Was Told By My Probation Officer That He Would Contact You For My Time To Be Corrected & Resolved. I've Written BOP Aswell As The Lawyer (Mr. Renato) And Both Has Been of No Success So Far. Its To My Understanding That My Earned GCT Is Being Detracted Due To Circumstances Of The Compassionate Release Granted To Me. The Weight Of The Ankle Bracelet Placed On Me Has A Stagnant Aura In Which Opportunity Is Concequently Inexhaustible. The Calculations They Currently Presume For My Release Of The Location Monitoring Program Is My Experation Full Term Date Which Is September 21, 2022. Its To My Understanding That They Misunderstood or Misinterpreted From Your Set Order To Serve My Remaining Portion Of My Original Term, As Calculated By The BOP, Under Home Confinement. My Two Thirds Date Is July 25th 2020 In Which I Believe That My Home Confinement Would Have Concluded By Present If The Calculations If My Original Term Was Followed. May You Please Grant Enlightment Upon This Circumstance Along With An Unbending Order On The Terms You Set Forth.

Sincerely,  
David Jones

David Jones
2405 Bristol Station Court
Carteret, NJ 07008

USMAID
SDNY

DV DANIELS NJ 070
10 MAY 2021 PM 3 L

Hon. Judge Alison J. Nathan
United States Courthouse
40 Foley Square
Courtroom: 906
New York, NY 10007

10007-150729