UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

—v—

David Jones,

                Defendant.

15-cr-95 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court received the attached letter via email from Mr. Jones. The Court construes the letter as a request for modification of supervised release. The Government is hereby ORDERED to confer with Probation and file a response on or before November 22, 2021.

    The Clerk of Court is respectfully ordered to mail a copy of this Order to the Defendant and to note the mailing on the public docket.

    SO ORDERED.

Dated: November 9, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge

David Jones
2405 Bristol Station CT
Carteret, NJ 07008
Register #: 77410-054
Case: 15CR00095

Thurgood Marshall
United States Courthouse
40 Foley Square
Courtroom 906
Newyork, NY 10007

Dear Honorable Judge Alison J Nathan,

      This Letter is pertaining to a job opportunity I have with a Company called Western Express Inc consisting of On The Road Commercial Driving. As you know, I've been released over a Year now specifically on May 27, 2020. I Was Serving a Six and a Half (6 ½) Year sentence, and completed Four (4) before granted a Compassionate Release due to my health condition of being more vulnerable to COVID-19 because of my weak immune system. During my stay in prison I kept a satisfactory behavior by programming, reading books, and concentrating on personal growth for the sake of the well being of my family and myself. My Main focus is progression in which I've haven't veered away from through the difficulties of the stagnant aura from prison as well as home confinement. Since my release, I've Worked as a Dock Worker at Ups Freight before my health interfered with job duties, I've completed Tractor Trailer Training School and achieved my Commercial Drivers Licence. Shortly after receiving my CDL, I obtained employment in a transporting company called Unitex Rental Textile Service mainly for experience for future work in my preferred and desired drop and hook criteria. The job of my interest is a Van Regional Drop and Hook position operating in the Northeast region, New Jersey and Surrounding States (no NYC), and down into Virginia . Their home terminal is located in Allentown, PA in which my training will be held for Two to Three (2-3) days. I will be off every weekend as well as have the discretion of taking my Ten (10) hour evening breaks at home (when running throughout New Jersey). I now have an opportunity to fill the position I've yearned for and would like your permission to advance.


Sincerely,
David Jones